# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        CASE NO. **18-CR-** 10097-JWB

MICHAEL D. GOLIGHTLEY,

    Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS ONE through SEVEN

**INTENTIONAL DAMAGE TO A PROTECTED COMPUTER**
**(18 U.S.C. 1030(a)(5)(A))**

1. Nex-Tech is a person as defined by Title 18, United States Code, § 1030(e)(12).

2. Nex-Tech is an Internet Service Provider and served as the back-up and provided monitoring service for: Ellis County EMS administrative voice lines, Russell County hospital voice lines, and the Quinter hospital voice lines, Grove County Sheriff administrative voice lines, Russell County Sheriff administrative voice lines, and the City of Russell police and fire department administrative voice lines.

3. On or about the dates and times set forth below, within the District of Kansas, the defendant,

**MICHAEL D. GOLIGHTLEY,**

knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer: the damage to the protected computer aggregated to a value of at least $5,000.00, to wit; the defendant contacted an entity known as DDosCity and arranged for a series of denial of service attack upon the computers of Nex-Tech, an internet service provider.  The denial of service attacks caused by the defendant resulted in a loss to Nex-Tech in excess of $5,000.00; caused the potential impairment of medical treatment or care of one or more persons; and caused a threat to public health and safety.

| COUNT | DATE | TIME OF DDOS ATTACK |
|---|---|---|
| One | 3-30-17 | 20:50 through 21:10 |
| Two | 3-30-17 | 21:18 through 21:37 |
| Three | 3-31-17 | 5:50 through 6:53 |
| Four | 3-31-17 | 7:10 through 7:25 |
| Five | 3-31-17 | 17:30 through 19:11 |
| Six | 3-31-17 | 19:24 through 21:48 |
| Seven | 4-2-17 | 2:00 through 2:11 |

The above acts were in violation of Title 18, United States Code, Section 1030(a)(5)(A).

## COUNT EIGHT

### THREAT TO DAMAGE A PROTECTED COMPUTER
### (18 U.S.C. 1030(a)(7))

4. On or about March 27, 2017, within the District of Kansas, the defendant,

**MICHAEL D. GOLIGHTLEY,**

with the intent to extort from any person, a thing of value, did transmit in interstate commerce any communication containing any threat to cause damage to a protected computer, to wit: the defendant sent an e-mail to Nex-Tech stating: "take down my ad again when my description dosnt (*sic*) violate copy right, I will violate this site by bringing it offline, fix the ad. if u make me upset, i will retaliate, your choice, and im (*sic*) not making a threat im (*sic*) very capable of bringing down this website."

The above act was in violation of Title 18, United States Code, Section 1030(a)(7).

A TRUE BILL**.**

July 17, 2018                                   s/Foreperson
DATE                                                 FOREPERSON OF THE GRAND JURY


s/Stephen R. McAllister
STEPHEN R. McALLISTER,
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**

3